IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JANET L. OSBORNE, M.D., FACOG, FACS, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) Case No.: 7:12cv00099 |
| BED BATH & BEYOND INC. *and* LOSOREA PACKAGING INC. | ) ) ) ) ) |
| *Defendants.* | ) |

### PLAINTIFF JANET OSBORNE'S SUPPLEMENTAL SUBMISSION IN OPPOSITION TO BED BATH & BEYOND INC.'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT

The plaintiff, Janet L. Osborne, M.D. ("Osborne"), by counsel, submits as *Exhibit A-D*, additional pleadings from the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division regarding the procedure in place for the distribution of the assets of Napa Home & Garden, Inc. ("Napa") and Fuel Barons, Inc. ("Fuel Barons") and regarding Bed Bath & Beyond, Inc.'s ("BBB") mechanism to obtain discovery from both Fuel Barons and Napa. It is apparent from this documentation, as well as the Bankruptcy Order already reviewed by this Court, that there is no good cause to allow BBB to file a Third Party Complaint herein, when no assets will exist at the end of Dr. Osborne's trial in July of 2013 to satisfy any third party judgment obtained by BBB and when BBB already has a mechanism to conduct discovery against these entities without formally naming them as third party defendants in this action. Finally, BBB can accomplish the same end it desires to achieve by filing a separate contribution action against Napa and/or Fuel Barons to preserve its rights

1

should it so desire, or it can do so after the trial of this action.  For these reasons, and those previously stated, plaintiff Osborne respectfully urges this Court to deny the pending Motion.

*Respectfully submitted,*

JANET L. OSBORNE, M.D., FACOG, FACS


By:   /s/ MELISSA W. ROBINSON
Melissa W. Robinson, Esquire (VSB #29065)
Johneal M. White, Esquire (VSB #74251)
Attorney for Janet Osborne
GLENN ROBINSON & CATHEY PLC
Fulton Motor Lofts
400 Salem Avenue, S.W. - Suite 100
Roanoke, Virginia  24016
(540) 767-2200 – Phone
(540) 767-2220 – Fax
mrobinson@glennrob.com – Email

*and*

C. Kailani Memmer, Esquire (VSB #34673)
Guynn, Memmer & Dillon, P.C.
415 S. College Avenue
Salem, Virginia  24153
(540) 387-2320 - Phone
(540) 389-2350 – Fax
kai.memmer@gmdlawfirm.com - Email

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David W. Hearn, Esquire
Justin W. Ward, Esquire
Sands Anderson PC
1111 East Main Street, Suite 2400
Richmond, VA 23219-1998
    *Counsel for Bed Bath & Beyond, Inc.*

C. Paige Bobick, Esquire
Melissa Wolf Riley, Esquire
McGUIREWOODS, LLP
310 Fourth Street, N.E., Suite 300
Post Office Box 1288
Charlottesville, VA 22902
    *Counsel for Losorea Packaging, Inc.*

By: /s/ MELISSA W. ROBINSON